IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| JORDAN DINWIDDIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEPHORA USA, INC., a Michigan corporation, and CISCO DOE,<br><br>　　　　Defendants. | Case No.<br><br>COMPLAINT<br>(False Arrest; Discrimination)<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>PRAYER: IN AN AMOUNT NOT TO EXCEED $999,000<br>ORS 21.160(1)(c):  $594<br><br>JURY TRIAL DEMANDED |

Plaintiff demands a jury trial and allege as follows:

1.

Defendant Sephora USA, Inc. (hereinafter, "Sephora") is, and at all times mentioned herein has been, a Michigan corporation engaged in the retail sale of cosmetic, beauty, and fragrance merchandise and goods, including at a store located at 413 SW Morrison Street in Portland, Oregon.  Sephora conducts regular, sustained business activity in Multnomah County.

2.

Defendant Cisco Doe (hereinafter, "Cisco") is an employee of Sephora, last name unknown.  At all times mentioned herein, Sephora had actual control or a right of control of Cisco and/or Cisco was an actual or apparent

PAGE 1 – COMPLAINT

Exhibit 1  Page 1 of 4

KAFOURY & McDOUGAL
411 SW 2nd Ave, Ste 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

1  agent of Sephora.  The conduct of Cisco was within the course and scope of his
2  employment and/or agency of Sephora.

3.

On information and belief, Cisco resides in Oregon.

4.

On or about January 13, 2023, plaintiff, an African American woman, was a customer at the above-mentioned Sephora.  Plaintiff made a purchase and exited the store.  A loss prevention employee (Cisco Doe) was waiting for her outside the store and stopped her, accused her of stealing, and threatened to call the police.  Cisco had plaintiff empty her pockets, which did not contain any Sephora merchandise.

5.

Plaintiff showed Cisco her receipt and the three items she purchased.  After she showed her receipt, Cisco then stated, "I know what you do, you buy three items, then steal two," and proceeded to search plaintiff's purse.  Plaintiff asked to see the security footage, but Cisco refused.

**FIRST CLAIM FOR RELIEF – FALSE ARREST**

6.

Plaintiff realleges and incorporates by reference paragraphs 1-5 above.

7.

The above-described stop and detention was intentional, plaintiff was aware of her detention, and the detention was unlawful.

PAGE 2 – COMPLAINT

KAFOURY & McDOUGAL
411 SW 2nd Ave, Ste 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

Exhibit 1  Page 2 of 4

8.

As a result of the above-described detention, plaintiff suffered, continues to suffer, and will in the future suffer from embarrassment, frustration, anger, humiliation and a sense of increased vulnerability, all to her combined noneconomic damages not to exceed $999,000.

**SECOND CLAIM FOR RELIEF – DISCRIMINATION**

9.

Plaintiff realleges and incorporates by reference paragraphs 1-5 above.

10.

The above-described Sephora store is, and at all times mentioned herein, has been a place of public accommodation within the meaning of ORS 659A.400.  At least part of the motivation for the above-described conduct on the part of the employee described above was plaintiff's race.

11.

The above-described conduct violates ORS 659A.403, which prohibits discrimination in places of public accommodation on account of race.

12.

Plaintiff is entitled to reasonable attorney fees pursuant to ORS 659A.885.

13.

As a result of the above-described discrimination, plaintiff suffered, continues to suffer, and may permanently suffer from feelings of racial

PAGE 3 – COMPLAINT

Exhibit 1  Page 3 of 4

KAFOURY & McDOUGAL
411 SW 2nd Ave, Ste 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

1  stigmatization, embarrassment, humiliation, anger, indignity, and shame, all to
2  her combined noneconomic damages not to exceed $999,000.

3  　　　WHEREFORE, plaintiff prays for judgment against defendants for
4  noneconomic damages in a total combined amount not to exceed $999,000,
5  and for her attorney fees, costs, and disbursements incurred herein.

6  　　　Dated this 7th day of March, 2023.

　　　　　　　　　　　　　　KAFOURY & MCDOUGAL

　　　　　　　　　　　　　　*/s/ Jason Kafoury*
　　　　　　　　　　　　　　Gregory Kafoury, OSB #741663
　　　　　　　　　　　　　　kafoury@kafourymcdougal.com
　　　　　　　　　　　　　　Jason Kafoury, OSB #091200
　　　　　　　　　　　　　　jkafoury@kafourymcdougal.com
　　　　　　　　　　　　　　Attorneys for Plaintiff

12  　　　Plaintiff hereby provides notice of her intent to amend to include a claim
13  for punitive damages.

PAGE 4 – COMPLAINT

Exhibit 1  Page 4 of 4

KAFOURY & McDOUGAL
411 SW 2nd Ave, Ste 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647